IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01734-BNB

JOHN THOMAS BLACK, JR.,

    Plaintiff,

v.

RICHARD MONROW POWERS,
BERT[']S TOWING COMPANY,
WELD COUNTY JAIL, and
ADAM BOREN,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 0 8 2010

GREGORY C. LANGHAM
CLERK

## ORDER OF DISMISSAL

Plaintiff, John Thomas Black, filed *pro se* a complaint for money damages. He was granted leave to proceed pursuant to 28 U.S.C. § 1915.

On July 27, 2010, Magistrate Judge Boyd N. Boland ordered Mr. Black to file, within thirty days, an amended complaint that complied with the pleading requirements of Rule 8 of the Federal Rules of Civil Procedure; alleged the personal participation of the named Defendants; and, if handwritten, was double-spaced and written legibly in compliance with Rule 10.1 of the Local Rules of Practice for this Court. Magistrate Judge Boland warned Mr. Black that if he failed to comply with the directives of the July 27 order within the time allowed the complaint and the action would be dismissed without further notice.

Mr. Black has failed, within the time allowed, to comply with the July 27 order or otherwise to communicate with the Court in any way.

Accordingly, it is

ORDERED that the complaint and the action are dismissed without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure for the failure of Plaintiff, John Thomas Black, Jr., within the time allowed, to file an amended complaint that complied with the July 27, 2010, order.

DATED at Denver, Colorado, this __8th__ day of __September__, 2010.

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge, for
ZITA LEESON WEINSHIENK
Senior Judge, United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01734-BNB

John T. Black, Jr.
805 31st Ave. #B
Greeley, CO 80634

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 9/8/10

GREGORY C. LANGHAM, CLERK

By: _____
           Deputy Clerk